IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROSLIND BARBER-BANKS,[1] | § | |
| | § | No. 92, 2018 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware in and for |
| v. | § | New Castle County |
| | § | |
| DONNA DAULTON and MARCUS | § | File No. CN17-05159 |
| HOUSTON-DAULTON, | § | Petition No. 17-30582 |
| | § | |
| Petitioners Below, | § | |
| Appellees. | § | |

Submitted: December 14, 2018
Decided: December 21, 2018

## <u>**ORDER**</u>

Having considered the notice to show cause, the Court concludes that:

(1)     On February 21, 2018, the appellant, Roslind Barber-Banks, filed a notice of appeal from a Family Court order granting guardianship of her daughter to the paternal grandparents.  In June 2018, a notice to show cause was discharged after the Family Court granted Barber-Banks' motion to proceed *in forma pauperis* as to the Family Court fee and a briefing scheduled was issued.  On November 1, 2018, the Chief Deputy Clerk issued, by certified mail to the address Barber-Banks had provided, a notice directing Barber-Banks to show cause why the appeal should not

---

[1] The Court previously assigned pseudonyms to the appellants under Supreme Court Rule 7(d).

be dismissed for her failure to file an opening brief and appendix on or before October 8, 2018.

(2)    The certified notice to show cause was returned to the Court in an envelope marked "Return to Sender, Unclaimed, Unable to Forward." On December 3, 2018, the notice to show cause was re-sent by first class mail. Barber-Banks has failed to respond to the notice show cause within the required ten-day period. Under these circumstances, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice